*John C. Tomlinson, Max J. Kohler* and *Edgar J. Kohler* for appellant.

*William B. Hornblower, John M. Bowers, James Byrne Leo N. Levi* and *Mark W. Potter* for respondent.

Motion to dismiss above appeal denied, without costs. Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER MCBAIN, Appellant, *v.* EDWARD H. WISWALL et al., as the Board of Town Auditors of the Town of Colonie, Respondents.

*People ex rel. McBain* v. *Wiswall,* 84 App. Div. 635, affirmed.
(Argued October 12, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1903, which confirmed the action of the defendants in auditing the relator's claim for services as overseer of the poor of the town of Colonie.

*J. S. Frost* for appellant.

*George W. Stedman* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

CHARLES A. BROWN et al., Appellants, *v.* THE CITY OF NEW YORK et al., Respondents.

*Brown* v. *City of New York,* 78 App. Div. 361, affirmed.
(Argued October 19, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1903, affirming a judgment in favor of defendants

entered upon a dismissal of the complaint by the court on trial at Special Term..

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*George L. Rives, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HENRY A. EPISCOPO, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, et al., Respondents.

*Episcopo* v. *Mayor, etc., of N. Y.*, 80 App. Div. 627, affirmed.
(Submitted October 19, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1903, affirming a judgment in favor of plaintiff and defendants, respondents, entered upon a decision of the court on trial at Special Term.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Terence Farley*, of counsel), for appellant.

*Gilbert Ray Hawes* for plaintiff, respondent.

*L. Laflin Kellogg, Alfred C. Petté, Charles W. Dayton, F. E. M. Bullowa, J. Woolsey Shepard, R. A. Stacpoole* and *Austin E. Pressinger* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.